UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MUKALLA M. BRUNDIGE,, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18 CV 341 |
| | ) |
| ST. CATHERINE HOSPITAL OF | ) |
| EAST CHICAGO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Defendants' April 9, 2019, filing requested dismissal, default judgment, and sanctions over discovery disputes. (DE # 39.) The court referred this matter to United States Magistrate Judge John E. Martin for a report and recommendation. (DE # 41.) Magistrate Judge Martin issued his report and recommendation that relief be denied on June 24, 2019 (DE # 47), and no objections have been filed.

Accordingly, the court now **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 47), and **DENIES** the relief requested in defendant's April 9, 2019, filing (DE # 39).

**SO ORDERED.**

Date: October 8, 2019

    s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT